2016-1900. Mr. Brown, when you are ready. May it please the Court. I would like to first address the issue of the Board's decision that the Kusaka reference in question here anticipates, because regardless of how the Court construes the claim that's also disputed on the appeal, the Board's decision that Kusaka anticipates fundamentally misapprehended this Court's precedent in the Kennemental v. Ingersoll case and understood it to mean that it could import a limitation that was entirely missing from the reference into the reference to find anticipation. What is the limitation that you believe is entirely missing? Is it IQDR coming out the backside? Well, it's the full limitation, the third method step, combining the IQR demand and the DR axis injection current demand to produce an IQDR demand. But you started your argument by saying regardless of the claim construction. So let's assume we don't agree with you on your combining argument. So we think this is a combination. Just assume that. You said nonetheless they erred in reading Kusaka as disclosing part of that element. I assume you're talking about the fact that Kusaka does not disclose an IQDR demand signal coming out on the right-hand side. Instead, it has three stationary currents coming out. That's right. Is that what you're arguing? I just want to make sure I understand. I've had a lot of fun playing with the technology in this case. So I just want to make sure I understand what you're talking about. So you're saying even if we don't agree with you on the claim construction, there's still a problem with this anticipation conclusion because Kusaka does not disclose IQDR coming out of that location. That's right. Because that block, 18, which is disclosed in figure 1, I believe, of Kusaka. Might be figure 2. Shows three sets of stationary currents. Shows the three phase stationary currents coming out on the right-hand side and shows on the left-hand side ID demand and IQ demand going in and also theta going in from the bottom. So we generally have the same two things coming in in Kusaka as the claim requires, which is IQ and ID. That's correct. But what we don't have coming out, which the claim requires, is an IQDR. That's correct, nor do we have any disclosure within Kusaka of what is happening inside that block. Well, that's your combining argument, but I just wanted to make sure I understood the other argument because you started, which I think was a great place to start, but you started with the argument that regardless of claim construction, Kusaka doesn't disclose it. Yes, that's correct. So if we look at what Kusaka actually discloses, and we were just talking about that figure. We had it reproduced at page 32 of our principal brief. That disclosure of that block, we learn as much from that figure about what's going on inside block 18 of Kusaka as Kusaka says about it in its entirety. Even though we don't know what's going on in there, I think the problem for you with your combining argument, which is a different argument from whether IQDR comes out. You could win on IQDR even if you don't win on combining. But the problem with your combining argument is even your expert made allegations of, well, we don't know what's going on. And he said it could be a number of different things, and he gave an example. But what nobody has suggested is that what's coming out the other side is only utilizing a portion or all of the ID current or only utilizing a portion or all of the IQ current. All of the examples suggest that there is, for me, some combination of both of them that is then popping out in the form of IU, IB, and IW. Now, different coefficients may be used, but each of them seems to include some portion of IQ and ID. Is there any evidence in this record that what comes out the right-hand side could be only all of one or all of the other and not a combination of the two, if I understand combination to include things with different coefficients in front of it? Yes, Your Honor. And the evidence, the record evidence that we discussed in our opening end reply is the Walters reference. The Walters reference, which the board explicitly found did not anticipate, shows a series of blocks, the input of which is IQ, ID, and theta, the output of which are the three-phase currents. They are called IA, IB, and IC. But the board acknowledged that that conglomeration of operations did not satisfy the claim limitation. And, in fact, they relied on Dr. Asani, who was BroadOcean's expert, for reaching that conclusion. In the Walters reference, what happens is IQ demand goes in. It is separately converted into a voltage in the rotating frame of reference called VQ. ID command goes in. It's separately converted into a voltage called VD, also in the rotating frame of reference. And Dr. Asani testified, and the board credited, that there was no combination, even using the board's construction of the term, of IQ and ID in that arrangement. Therefore, the record evidence shows that this black box of Kusaka does not have to combine ID and IQ to get to the three-phase currents which come out the right-hand side. So that addresses that combining is not necessary within Block 18, even though ID and IQ might be inputs to the block. Now, Dr. Asani, his testimony about what's going on inside of Block 18 was simply that it was implicit what was happening. And, in fact, he also called it obvious what was happening. We set forth his testimony. But they didn't even bring an IPR on obviousness, only anticipation, and that's the only thing that was granted as far as I could find. That's correct, Your Honor. Yes, there was no obviousness claim made. And I asked Dr. Asani during his deposition, this is in the appendix at page 1235, the questioning starts at line 9. I put the Kusaka reference in front of him, and then at line 12 I said, and can you just point out to me where in Kusaka we find that intermediate calculation that you discussed where you have the IQDR demand combined? He says, yes, do you want me to? Question, yes. Answer, that would be implicit in Figure 1, Control Box 18. I asked, and why do you say that? And he answers, well, at a high level because that would be obvious of a person of ordinary skill in the art knowing the technology of vector control. So Asani's testimony was very equivocal. He says it's implied or it's obvious that you could do that within Block 18, but there is no explicit disclosure anywhere cited to by BroadOcean about what is happening within Block 18, and therefore the Board's conclusion with regard to Walter's further augments that something can be happening inside Block 18 that is not a combining of IQ and ID as interpreted by the Board. I hear your argument. I find that to be somewhat confusing from a technical standpoint for me. I'm not sure how to reconcile the Board's finding about Walter, though it inured to your benefit, certainly, because I guess your own expert's testimony and your position throughout this case has been, as far as I can tell, combining doesn't occur when you have equations like, I don't know, the tangent data, IQ, whatever. I don't remember them off the top of my head, but the three equations that your expert offered as to what could possibly be occurring inside the box, IU equals ID times cosine theta minus IQ times sine theta, for example. These are examples. And so what your expert was arguing is this example doesn't create a combination, and that was your argument below and on appeal to us. I get it that the Walter's thing makes me very confused. Put that aside for a second. Your combining argument, it seemed to me, was a combination isn't occurring here in large part because it's not just ID and IQ being combined, but rather because of these, I'll call them coefficients, like the cosine theta and the sine theta. So that's what I understood your argument to me below, what I understood your expert to say, what you argued here on appeal. What I didn't see anywhere was any argument that IU, IV, or IW could be simply one or the other of ID or IQ. Well, that wasn't our only argument below, though, Your Honor. Our argument below on CUSACA also included the argument that CUSACA did not expressly disclose what was happening within its block, that therefore what BroadOcean was really advancing was an inherency argument. I understand all that, but I guess what I'm trying to say is from a technical standpoint, are you suggesting to me that it would be possible for IU, IV, or IW to utilize only one of the current inputs, ID or IQ, and not the other? Because I don't see how you'd have three stationary phases of reference coming out on the other side unless it had to take something from IQ and something from ID. I don't see how you could from a technical standpoint, nor did I see your expert ever suggest you could. In fact, I read his testimony to be quite correct from a technical matter, not that I'm the judge of correctness or whatever, but consistent at least with what I'm saying. How about that? Well, I guess it's because the fundamental question of what's happening within the block CUSACA-18 is, is this combination happening between IQ and ID? Or is it perhaps happening between VQ and VD? Because that's what Walter shows. Walter shows that they're creating the three-phase stationary currents out of VQ and VD, not out of IQ and ID. Well, except CUSACA has IQ and ID going in and not VQ and VD. So we know that CUSACA doesn't have at its access VQ and VD to utilize. But so does Walter's. If you look at, we set forth the figures on page 27 in our reply brief. We set forth the colorized figures where we show above the figure from Walter's and how one can map. Well, I'm on page 45 in your blue brief, which is where I think you have the figure from Walter's. Look on page 45. Isn't that Walter's at the top, figure three, and then the patent or the CUSACA reference below it? Yes. Okay. So at the top, you see going into the voltage limiter and decoupler, you have VQ and VD in Walter's, right? That's right. But in CUSACA, they have IQ and ID going in. So maybe somehow the board was of the belief that the inputs of VQ and VD could allow for some different combining that didn't include IQ and ID. Well, actually, I guess I- I don't understand technically how that could happen, but perhaps that's what they understood. But I guess I disagree with the premise. What you see in the figure of Walter's is that the input to the left of the box is IQ and ID. So it has the exact same inputs into that block. Oh, I see. I was looking inside the box. Right. Now I see where you are. I see IQ and ID. So outside of the box, you have IQ and ID going in on the left-hand side. They get converted separately to the voltages. I'm looking forward to hearing from your opposing counsel because I, for one, have a little trouble really understanding the board's decision on Walter's and its decision on the combining vis-a-vis CUSACA. So you've done a pretty good job of showing me why that's a little bit confusing, for sure. Mr. Brown, you're into your rebuttal time. Do you wish to continue or save it? I will reserve the rest of my time. Mr. Meyer. May it please the Court. I will first address Walter's because that seems to be the topic of interest. Could I ask you to address the question we addressed first, if you don't mind? Sure. I see IQ, DR. I don't see an IQ, DR signal coming out in CUSACA. I see IU, IV, and IW, and the claim requires an IQ, DR. Yes. The board found that the totality of those three is a set, and that is IQ, DR as they construe that term. Okay. What does I mean? I means current. Right. What does Q mean? Q is in the rotating frame of reference. In the Q axis, in the rotating frame of reference. What's D mean? D is the D axis. Rotating frame of reference also. What does the little R reinforce for us? Rotating. Rotating. Right. So wait. So what this claim clearly requires is a rotating current that must come out of the box. It requires it. That's the claim's express language. No, that is not how it was construed by the board. Okay. No, when you say it's not how it's construed, the board says an IQ, DR demand current has to come out. Yes. I guess I see the problem in its application to CUSACA, not in its construction. Yes. Well, I believe that it is in its construction. The board adopted petitioner's proposed construction for IQ, DR demand term, which was supported by the ASANI declaration. The board said that the IQ, DR demand term means a current demand that includes Q and D axis current demands. It's not limited to rotating or stationary frame of reference. It can be either frame of reference as long as it includes the Q and D axis currents. Where does it say that? Where are you reading from? That is from the institution decision, and then it's also in the final decision in the claim construction section. Show me the final decision in the claim construction section where you're reading from. Okay. It is appendix page 14. There's a chart and a claim term, and then the construction. And what is key here is that patent owner never disputed this construction. It says a current demand that includes Q and D axis current demands. Yes. But you just agreed with me that the Q and D axis current demands are in the rotating frame of reference, right? Yes. But if you look at the equations that were provided in Dr. Blank's declaration, and that appears at the appendix 1092, 1093 at paragraph 27. It says I sub A, which is the same as I sub U. I sub B is the same as I sub V, and I sub C is I sub W. We've both agreed upon that. It is in a footnote in their brief. So if you look on the right-hand side, you have that it includes a Q axis current, which is I sub Q. Can I just ask you? I mean, I guess I want to understand better the claim construction dispute. So in the final written decision, all the board says is we concluded, we drew the following, adopted the following claim constructions in the institution order, and no reason to change our view about this. There's no analysis. I go back to the institution order at A230. Yes. As far as I can tell, there's just this one paragraph with no analysis. I guess I want to understand something about what you said this claim construction meant, because the terms used includes a Q demand and a D demand, it seems to me, could mean include something in a rotating frame of reference, or maybe it doesn't mean that. And I think you said, oh, the debate about claim construction pre-institution made perfectly clear that in adopting this claim construction language, the IQDR demand didn't have to be in a rotational frame of reference. And I want to, I guess I'd like you to show me what it is that makes it clear in your view that the language of the claim construction doesn't require a resulting rotational frame of reference, because it seems to me the language on its own could easily be understood to require that, a point that at least my impression, until you correct it, is that everybody agreed about, including your petition. Yes, it is in Dr. Assani's declaration. Is this a declaration submitted with the petition or later? I have cited to Dr. Assani's declaration in our opening brief, and I explained each one. We have only excerpts of the declaration, I think, in the appendix starting at 652. Unless I'm not looking at the right place. Okay, it is on page 670 from paragraphs 46 through 48. And it says, it describes what IQR demand is, and 47 what the D-axis current demand is, and then it says, and the last step is combining the IQR demand and the DR injection current demand to produce an IQDR demand that is compensated for any torque contributions. To apply the Q-axis current demand and the D-axis current demand to the motor, the two must first be combined and then converted to the stationary frame of reference, which dictates how the windings go. The IQDR demand is therefore a command that includes both Q and D-axis current commands. So that doesn't seem to me to say quite, at least not in a way that's understandable to me, that the IQDR demand is not itself in the rotating frame of reference. That seems to contemplate that a further step might be needed to get it into the stationary frame of reference to dictate how the windings occur. But it doesn't seem to me to say that the IQDR demand, which continues to have that little R in there, is something outside the rotating frame of reference. Well, it is within a sense within the rotating frame of reference. It's in the conversion over from the rotating frame of reference to the stationary frame of reference. And I go back to Dr. Blank's declaration with his formula. On the left-hand side, he has stationary frame of reference. We all agree with that. I sub A, for example, is the stationary frame of reference. It includes ID cosine theta, which is in the rotating frame of reference, minus IQ sine theta, which is in the rotating frame of reference. So at that instant, when it's converting over, you have a combination of the two. That is what is recited, a combination of I sub D and I sub Q. And that's what this equation shows. But it's producing a stationary frame of reference. You have a combination of two rotating frames of reference to produce three distinct and separate stationary frames of reference. But the claim language says combining an IQR demand and the DR axis injection current demand to produce an IQDR demand, which is combine these two things and produce a rotating frame of reference current. And we don't have that here. That declaration you just pointed to shows combining two rotating frames of reference to produce a stationary one. The claim requires combining two rotating frames of reference to produce a rotating one. It says that an entity that is designated as IQDR is produced when you combine these two things. And then the board said, I'm defining that thing that is produced by the two is something that has those two things. And I would add that there is evidence that under Dr. Blank's transformation, there will always be I sub Q and I sub D. There can never just be one. That's the combining question. That's different from whether IQDR is produced. Throughout all of your papers below, you tell the board repeatedly what IQDR stands for. I think that you've done a wonderful job technically of helping the board and me understand this. Your briefs are very well written and very clear. And you explain that IQDR is a common term. I'm reading from your brief. A common term used in the art as a reference for the quadratic current IQ and the direct current ID in the rotating frame of reference. You repeat this. You do just what you did here so elegantly. What's the I? What's the Q? What's the D? What's the R? And you explain that one of skill in the art would understand that the common meaning of the R reinforces the determination that the value is one in the rotating frame of reference. That's in your petition. You explain it over and over. And you explain it because it's true. It's right. It's correct. So, of course, you explain it. But that's not what you have coming out of Kusaka. Dr. Blank testified that it's only a placeholder. The word IQDR is a placeholder for I sub Q and I sub D. I don't think it's a placeholder. That's not what you say. You say it's not a placeholder for one or the other or both of them. It's a combination of the two produced in a current that is in a rotating frame of reference. That is what their expert says. The claim construction provides that IQDR demand is a current demand which has components of I sub Q and I sub D. It doesn't say a rotating current demand. It doesn't say... It doesn't, but the claim requires it because it says IQDR demand. And you explained many times consistently nobody has ever disputed that that little R means rotating. But the board's claim construction, there is a procedural problem here. The board's claim construction says what I just said. Okay. You know what? You know how much time left. And I would really love to hear you explain to me about the board's Walters decision and how to reconcile it with the combining thing. Because I will tell you, I think IQ times cosine theta minus ID times sine theta is a signal that is produced that is a... If it produced an IQDR signal, I'd be much happier. But it's at least a signal that is combining IQ and ID. I understand that argument and I agree with you. But then I'm having a little bit of trouble reconciling what feels inconsistent about the board's findings vis-a-vis Walters. Okay. If we go to Walters, if you go to page 45 of Appellant's opening brief, they have what's drawn in here. A picture. Yes. A picture. Right. Okay. Now, if you see I sub Q and I sub D going into the left-hand side. Yes. It is then converted over into V sub Q and V sub D. Right. And then it goes into the voltage limiter and decoupler. Okay. And then they say their voltage is combined. And our experts said, well, it's close enough. Voltage, current, same thing. Appellant's argued, no, it's not the same thing. We're talking anticipation. It must be different. And the board agreed with them. That is the ground upon which the board denied anticipation on Walters. The fact that voltage is combined, not currents. So you sure as heck could have won on an obvious misargument on that one then, it seems to me. Right? I mean, voltage and current are the same information being conveyed, just in a slightly different form. All the same signal information is encapsulated. Right? Whether it's VQ or IQ. I mean, what's the difference? There is, again, going back to basic column V equals IR. That much I got. Yes. Okay. So there is a difference between voltage. They're proportional. Right. Based upon R. But R may be different. Well, yes. That was the point that Assani was making, that you could simply convert it. And he was using the phrase, different way to skin the cat. Now, with respect to their argument about dropping the box from Walters into box 18, it doesn't fit. And the reason that I say that is that the signals coming out of the right-hand side of the box are voltages. They admit that. They then say, well... The right-hand side of the box in Walters. In Walters. Not in Kusaka. The currents in Kusaka. In Walters. Yes. Those are voltages. They then say, okay, look at... Okay, wait. I've got a crazy hypothetical for you. Ready? Okay. So what if what's happening inside of Kusaka is ID and IQ are convolted into voltage? Inside that big black box that we don't know what's going on. Yes. Those are converted into VQ and VD. Then they're combined, a la Walters. Then they're turned back into currents and outputted as stationary frame of reference currents. What if all that takes place within the current control section 18 of Kusaka? Well, if the board thinks that combining the voltages is not a combination of the currents, then wouldn't they have a problem with that if that was what was occurring inside that box? Because the combination would be voltage. Yes. And isn't it possible that that could be what's happening inside there? I mean, it would make no sense to me to do it that way from an efficiency standpoint. No. But isn't it possible that that could be what's happening in there? No. Because... No? Come on. You can't say no. Kusaka tells us nothing about what's happening in there. It could. It wouldn't make any damn sense, but it could. What Dr. Blank said is that you have I sub D and I sub Q coming in and theta. Here is a standard transformation. And a standard transformation is one that is widely used, commonly accepted. And a person of ordinary skill in the art would immediately envisage using the standard. Oh, you can't go there. In Kenna Metal, it was a chemical composition case where there were three forms of coating, one of which was the PVC coating, and there were five different metals. And they were expressly disclosed. And the argument that was made in Kenna Metal was you don't have anticipation because no individual embodiment shows the PVC coating combined with rubinium or whatever the metal was in that case. I don't remember precisely, but something like that. Probably saying the name right. George Laurie is not cringing too hard, so maybe I'm not too far off. I bet I'll know later. But anyway. Do you have a final comment on that, Mr. Meyer? Yes. I would like to quote one of your cases, the Bristol-Myers-Squid case. There, this court. My cases are cases of the court. Yes. This court explained that the disclosure of a small genus may anticipate the species of that genus, even if the species themselves are not disclosed. And there, the court cited Petering. And Petering is the case that was cited by Kenna Metal for the at-once indication. We know about Petering. You're well beyond your time, Mr. Meyer, so we will hear Mr. Brown. He has little rebuttal time. We'll give you three minutes. Thank you, Your Honor. Well, I'd like to start by addressing what is an IQDR demand, since I didn't address that in the first part, and that's where the court went with Mr. Meyer right away. In our viewpoint, the claim language on its face, which requires the production of an IQDR demand, that result, that production, is something that is stated in the rotating frame of reference. If there's a claim construction that is unchallenged, that departs from the claim language on its face, you've got to live with the claim construction. Why are you not in that position? Because it's the way the board applied it. The board said a current that includes Q and D-axis current demands. I don't disagree with that formulation, but then the board applied it to an equation, the result of which is not something stated in the rotating frame of reference. So the board went beyond its own construction in finding that- So just, I guess this is the way that I am understanding things, so I just want to be sure I'm understanding correctly. In your view, the claim construction adopted, and that appears on A14 of the board's final written decision, implicitly continues to require the result to be in the rotating frame of reference. That is the way we always understood it, until questioning at the PTAB by the board. That was our understanding, and we agree with that interpretation of the claim, as you just stated it. In fact, that interpretation of the claim is consistent with the only intrinsic evidence on the point. There are two embodiments, one in the 895 patent and one in the 379 patent, which is incorporated by reference into the 895 patent. The embodiment in the 895 patent shows that there's an IQ demand and an ID demand that are fed to a block called vectorize, and it labels the output of that block IQDR. That signal then goes to some other blocks, still in the rotating frame of reference, and converts those I currents into V voltages in the rotating frame of reference. So the embodiment in the 895 patent, IQDR... And then later on down the road, it spits them out, actually, I think it's VA, BB, and BC, which are in the stationary frame of reference, thus distinguishing that the spec knew the difference between rotating and stationary, right? That's correct, Your Honor. That's correct. Likewise, the 379 patent, which is incorporated by reference, the embodiment shows IQ and a gain-adjusted ID being sent to a multiplexer. The output of the multiplexer is interleaving IQ and the gain-adjusted ID, but it still labels that IQDR, and that signal is clearly a demand that's stated in the rotating frame of reference. So our understanding is that a current demand that includes Q and DX as current demands, a demand that includes those demands, is still going to be something that's in the rotating frame of reference, which directly corresponds with the label given it by the claim, which is IQDR demand. Unless there are any other questions, that's my submission. Thank you, Mr. Brown. We'll take the case under repository. All rise.